## WIRTZ ET AL. *v.* BIRD.

[No. 10,112.    Filed December 17, 1919.]

APPEAL.—*Evidence Conflicting.*—*Review.*—Where all questions involved in an appeal require a review of conflicting evidence, the judgment of the trial court is conclusive.

From Vanderburgh Superior Court; *F. M. Hostetter,* Judge.

Action between Christian Wirtz and another and David P. Bird. From the judgment rendered, the former appeal. *Affirmed.*

*F. S. La Monte* and *William D. Hardy,* for appellants.

*Walker & Walker,* for appellee.

REMY, P. J.—All questions involved in this appeal require for their determination a review of conflicting evidence. Under such circumstances the judgment of the trial court is conclusive, and on the authority of *Nicholson* v. *Smith* (1916), 60 Ind. App. 385, 110 N. E. 1007, judgment is affirmed.